UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :    **SEALED ORDER**
                                   :
        -v.-                       :
                                   :              17 cr. 611 (RWS)
MICHAEL WHITE, et al.,             :
                                   :
        Defendants.                :
- - - - - - - - - - - - - - - - - x

        Upon the annexed Affirmation and Application of the
United States Attorney for the Southern District of New York, by
Assistant United States Attorney Gina Castellano, pursuant to
the All Writs Act, Title 28, United States Code, Section 1651,
requesting that an Order be issued unsealing all the documents
in the files of the New York City Police Department ("NYPD"),
the Office of the Bronx County District Attorney, the Office of
the New York County District Attorney, and any related court
reporting services, including but not limited to, sealed search
warrants; sealed affidavits and minutes of applications for
search warrants; sealed arrest records; evidence obtained
pursuant to grand jury subpoenas, court orders, search warrants,
or otherwise in connection with any investigation; testimony of
grand jury proceedings; and records of proffers, interviews,
interrogations, arrests, and prosecutions associated with the
following individuals:

        a.    RAMELL COLES, DOB ███████████, NYSID No.
███████; and

b.    JOSE RODRIGUEZ, DOB ███████, NYSID No.

████████

IT IS HEREBY ORDERED that the materials specified above in the files of the NYPD, the Office of the Bronx County District Attorney, the Office of the New York County District Attorney, and any related court reporting service be unsealed and made available to the United States Attorney's Office for the Southern District of New York.

IT IS FURTHER ORDERED that, with the exception of a copy of this Order to the United States Attorney's Office, the law enforcement officers involved in the investigation, the NYPD, the Bronx County District Attorney's Office, the Office of the New York County District Attorney's Office, the Bronx and New York County courts, and the clerks of the courts for files and testimony subject to this Order, this Order and Affirmation in support thereof are to be sealed pending further order of the Court.

Dated:    New York, New York
          August 24, 2018

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

MICHAEL WHITE, et al.,

Defendants.

## UNSEALING ORDER

Geoffrey S. Berman
United States Attorney.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X
                                   :    **AFFIRMATION AND APPLICATION**
UNITED STATES OF AMERICA           :
                                   :
         -v.-                      :
                                   :
MICHAEL WHITE, *et al.*,           :
                                   :
         Defendants.               :
                                   :
- - - - - - - - - - - - - - - - - X

GINA CASTELLANO, pursuant to Title 28, United States Code,

Section 1746, hereby declares under penalty of perjury:

1.    I am an Assistant United States Attorney in the office

of GEOFFREY S. BERMAN, United States Attorney for the Southern

District of New York, and am one of the Assistant United States

Attorneys responsible for representing the Government in

connection with the prosecution being brought in United States

v. Michael White, et al., S2 17 Cr. 611 (RWS). I make this

Affirmation and Application, pursuant to the All Writs Act,

Title 28, United States Code, Section 1651, for an order to

unseal and obtain all the documents in the files of the Office

of the Bronx County District Attorney, the Office of the New

York County District Attorney, the New York City Police

Department ("NYPD"), and any related court reporting service,

including but not limited to, sealed search warrants; sealed

affidavits and minutes of applications for search warrants;

sealed arrest records; evidence obtained pursuant to grand jury

subpoenas, court orders, search warrants, or otherwise in

connection with any investigation; testimony of grand jury

proceedings; and records of proffers, interviews, interrogations,

arrests, and prosecutions associated with the following

individuals (the "Subject Individuals"), identified below by

name, date of birth, and New York State Identification number

("NYSID No."):

   a.    RAMELL COLES, DOB ███████, NYSID No.

████████ and

   b.    JOSE RODRIGUEZ, DOB ███████, NYSID No.

████████.

   2.    The Indictment in this matter, S2 17 Cr. 611 (RWS),

charges MICHAEL WHITE with violating Title 18, United States

Code, Section 1962(d) (racketeering conspiracy), Title 18,

United States Code, Section 1959 (violent crime in aid of

racketeering), and Title 18, United States Code, Section 924(c)

(use of firearms in aid of racketeering conspiracy) (the

"Indictment"). Specifically, MICHAEL WHITE is charged with

participating in the MBG racketeering conspiracy, the YGz

racketeering conspiracy, and committing an attempted murder in

aid of racketeering on October 28, 2012.

   3.    This Subject Individuals are suspected of being former

members of gangs who were rivals of the gangs that MICHAEL WHITE

belongs to: MBG and the YGz. Specifically, Jose Rodriguez is

suspected of being a former member of the Killbrook street gang
and Ramell Coles is suspected of being a former member of the
Young Bosses street gang.  At trial, the Government intends to
prove that MICHAEL WHITE shot Jose Rodriguez on or about January
25, 2010 and attempted to murder Ramell Coles on or about
October 28, 2012.

4.    The files maintained by the Office of the Bronx County
District Attorney, the Office of the New York County District
Attorney, and the NYPD relating to the Subject Individuals are
believed to contain information relevant to the pending
prosecution by this Office.

5.    I have been informed by the NYPD that certain
sensitive information in those files, including but not limited
to sealed arrest records, will not be disclosed without an
unsealing order.

6.    Accordingly, I make this Affirmation for an order to
unseal the files maintained by the Office of the Bronx County
District Attorney, the Office of the New York County District
Attorney, and the NYPD associated with the Subject Individuals,
solely for the purpose of the pending federal prosecution.  This
request is being made, *inter alia*, so that the United States
Attorney's Office, pursuant to its obligations under the Federal
Rules of Evidence, the Federal Rules of Criminal Procedure,
Title 18, United States Code, Section 3500, as well as *Brady* v.

3

*Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and their progeny, can produce any appropriate statements or evidence in this prosecution and comply with its obligations.

WHEREFORE, it is respectfully requested that the Court grant this Application for an Order unsealing all the documents in the files of the Office of the Bronx County District Attorney, the Office of the New York County District Attorney, the NYPD, and any related court reporting service associated with the Subject Individuals.

_____
GINA CASTELLANO
Assistant United States Attorney
(212) 637-2224

Dated:    New York, New York
          August 24, 2018

4